794 A.2d 156

IN THE MATTER OF MARTIN C. LATINSKY,
AN ATTORNEY AT LAW.

April 5, 2002.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 00–388, concluding that **MARTIN C. LATINSKY** of **HAWORTH,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.15(c) (taking fees without client's authorization) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **MARTIN C. LATINSKY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.